District Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARINA FARAH and SHAHRIAR FARAH,

    Plaintiffs,

v.

ALBERTO R. GONZALES, Attorney General of the United States, et al.,

    Defendants.

No. C06-01073-JCC

JOINT STIPULATION TO DISMISS COMPLAINT

(Noted for Consideration on September 19, 2006, pursuant to Local Rule 7(d)(1))

COMES NOW the Plaintiffs, by and through their counsel, Robert H. Gibbs, and the Defendants, by and through their counsel, John McKay, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and hereby stipulate to dismissal of Plaintiffs' Complaint for Injunctive, Mandamus, and Declaratory Relief.

WHEREAS on July 28, 2006, Plaintiffs filed a Complaint asking the Court to: enter a declaratory judgment that Plaintiffs are eligible for adjustment of status; order Defendants to complete Plaintiffs' background checks; and order Defendants to adjudicate Plaintiffs applications for adjustment of status; in the alternative enter a declaratory judgment that Defendants' regulations are unlawful and that a background check is not necessary; issue temporary and permanent injunctions; and award reasonable costs and attorney's fees pursuant to the Equal Access to Justice Act (Dkt. #1)

JOINT STIPULATION TO DISMISS COMPLAINT − 1
(C06-1073-JCC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1     WHEREAS on August 31, 2006, Defendants granted Plaintiffs' I-485 Applications to Adjust to Permanent Resident Status. Plaintiffs have been granted permanent residence status in the United States.

    NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter the following order:

    1. Plaintiff's Complaint is DISMISSED with prejudice and without fees or costs to either party.

SO STIPULATED.

DATED this 19th day of September, 2006.

/s/Robert H. Gibbs
ROBERT H. GIBBS, WSBA #15932
Attorney for Plaintiff

SO STIPULATED.

DATED this 19th day of September, 2006.

JOHN McKAY
United States Attorney

/s/Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
Attorney for Defendants

JOINT STIPULATION TO DISMISS COMPLAINT – 2
(C06-1073-JCC)

**<u>ORDER</u>**

The Joint Stipulation to Dismiss Complaint is Approved and Granted. Plaintiffs' Complaint is DISMISSED with prejudice, and without fees or costs to either party.

DATED this 25th day of September, 2006.

_____
John C. Coughenour
United States District Judge

JOINT STIPULATION TO DISMISS COMPLAINT – 3
(C06-1073-JCC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970